**Dismissed; Opinion Filed September 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00678-CR

**THYREN CLENT JUSTUS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-53093-W**

## MEMORANDUM OPINION

Before Justices Lang, Evans, and Schenck
Opinion by Justice Evans

Before the Court is a letter from appellate counsel, dated September 5, 2017, which states appellant no longer wishes to pursue his appeal. Attached to the letter is appellant's August 24, 2017 handwritten and signed statement, stating he no longer wishes to pursue this appeal. We shall treat the letters as a motion to dismiss the appeal. We grant the motion. *See* TEX. R. APP. P. 42.2(a).

We dismiss this appeal and order that this decision be certified below for observance.

/David W. Evans/

Do Not Publish
TEX. R. APP. P. 47.2(b)
170678F.U05

DAVID EVANS
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THYREN CLENT JUSTUS, Appellant

No. 05-17-00678-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F16-53093-W.
Opinion delivered by Justice Evans, Justices
Lang and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 18th day of September, 2017.